MOORE v. STATE. (No. 3611.) (Court of Criminal Appeals of Texas. June 16, 1915.) Appeal from Somervell County Court; J. W. Childress, Judge. Roden Moore was convicted of crime, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was given a fine of $25 for disturbing a congregation engaged in religious worship. The record does not contain a statement of facts or bills of exception. There being nothing to revise or review, the judgment will be affirmed.

---

SMITH v. STATE. (No. 3604.) (Court of Criminal Appeals of Texas. June 16, 1915.) Appeal from District Court, Coryell County; J. H. Arnold, Judge. Joe Smith was convicted of forgery, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of forgery; his punishment being assessed at three years' confinement in the penitentiary. This record is before us without bills of exception or statement of facts. In the absence of the evidence, we are unable to review the questions presented in the motion for new trial. The judgment will be affirmed.

---

Ex parte TOLBERT. (No. 3633.) (Court of Criminal Appeals of Texas. June 9, 1915.) Appeal from District Court, Montgomery County; J. Llewellyn, Judge. Will Tolbert was charged with murder, and applied for a writ of habeas corpus for bail. From an order fixing the bond, he appeals. Affirmed. McCall, Crawford & McCall, of Conroe, for appellant.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Upon a charge for murder, relator resorted to a writ of habeas corpus for bail. On the trial the court fixed his bond at $750. From this he appeals. Without going into a statement of the evidence, or reasons for the conclusion reached, we are of opinion the judgment should be affirmed; and it is accordingly so ordered.

---

WILLIAMS v. STATE. (No. 3576.) (Court of Criminal Appeals of Texas. June 2, 1915.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. J. E. Williams was convicted of unlawfully carrying a pistol, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of unlawfully carrying a pistol. In the absence of a statement of facts, no question is raised in the motion for a new trial we can review. The judgment is affirmed.

---

FRAZIER v. McHANEY. (No. 255.) (Supreme Court of Arkansas. March 22, 1915. Rehearing Denied June 7, 1915.) Appeal from Pulaski Chancery Court; Jno. E. Martineau, Chancellor. Proceeding between John R. Frazier and E. L. McHaney, receiver, relating to the collection of an extra assessment on the lands of a levee district. From a judgment for the receiver, Frazier appeals. Reversed and remanded. Bradshaw, Rhoton & Helm and Ratcliffe & Ratcliffe, all of Little Rock, for appellant. J. W. Blackwood, of Little Rock, for appellee.

WOOD, J. The question presented on this appeal is whether or not the chancery court erred in levying an extra assessment of 20 per cent. on the lands in the Fourche levee district to pay the claims allowed by that court for preliminary expenses, as well as for permanent work done in forwarding the improvement contemplated by the creation of the Fourche drainage district. This cause is ruled by the case of Thibault v. E. L. McHaney, as Receiver, etc. (No. 3307) 177 S. W. 877, and, according to the decision in that case, the decree will be reversed, and the cause remanded for further proceedings not inconsistent with the opinion No. 3307, supra.

---

END OF CASES IN VOL. 177

*